**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM PRESTON WEST, JR.** : <br> **and CAROLYN B. GLEASON, His Wife** <br>  : <br> **Plaintiffs,** <br>  : <br> v. <br>  : <br> **BAYER HEALTHCARE** <br> **PHARMACEUTICALS INC., <u>et al</u>.** : <br>  <br> **Defendants.** : | Case No. 15-cv-1053-(CKK) |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER AND REQUEST FOR TELEPHONIC STATUS CONFERENCE

Plaintiffs, by and through their undersigned counsel, hereby submit their Unopposed Motion to Amend the Scheduling Order and Request for Telephonic Status Conference. Specifically, Plaintiffs are requesting that the Court extend the previously-established discovery deadlines as described herein and hold a telephonic status conference due to difficulties in scheduling the depositions of Defendant Bayer Healthcare Pharmaceutical Inc.'s Rule 30(b)(6) corporate representatives and Plaintiffs' imminent June 30, 2016 deadline to provide their Rule 26(a)(2)(B) and (C) Statement. To date, Plaintiff has deposed just one corporate representative (that deposition was conducted on May 13, 2016), despite repeated requests for the depositions of corporate representatives since settlement discussions proved unsuccessful on April 5, 2016, nearly three months ago.

As is more fully set forth in the attached Memorandum and Points of Authorities, Plaintiffs are requesting that the deadline for identifying their liability expert witnesses be extended until 30 days after the completion of the Bayer 30(b)(6) representatives. Plaintiffs' counsel is also requesting that the Court schedule a telephonic status conference in order to further discuss the issue associated with completing the depositions of Bayer's designated representatives.

Prior to filing this motion, Plaintiffs' counsel sought the consent of counsel for Defendant Bayer. Counsel for Defendant Bayer has indicated that they will not oppose Plaintiffs' request for the extension of deadlines sought in this Motion.

In further support of their Motion, Plaintiffs respectfully refer the Court to the attached Memorandum of Points and Authorities.

    Respectfully submitted,

    REGAN ZAMBRI & LONG, P.L.L.C.

    By:  /s/ *Patrick M. Regan*
        Patrick M. Regan  #336107
        pregan@reganfirm.com
        Jacqueline T. Colclough  #434483
        jcolclough@reganfirm.com
        1919 M Street, N.W., Suite 350
        Washington, D.C. 20036
        PH:  (202) 463-3030
        FX:  (202) 463-0667
        *Counsel for Plaintiffs*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Unopposed Motion to Amend the Scheduling Order and Request for Telephonic Status Conference, Memorandum of Points and Authorities in support thereof and proposed Order was e-filed and e-served, this 29th day of June, 2016 on:

Amy L. Brown, Esquire
amy.brown@squirepb.com
Jeremy W. Dutra, Esquire
jeremy.dutra@squirepb.com
Squire Sanders (US) LLP
2550 M Street, NW
Washington, DC 20037

Andrew L. Goldman, Esquire
agoldman@goldmanismail.com
Goldman Ismail Tomaselli
    Brennan & Baum, LLP
564 West Randolph Street
Suite 400
Chicago, IL 60661

Kenneth F. Baum, Esquire
kbaum@goldmansimail.com
Goldman Ismail Tomaselli
    Brennan & Baum, LLP
429 Santa Monica Boulevard
Suite 710
Santa Monica, CA 90401

*Counsel for Defendant Bayer HealthCare Pharmaceuticals, Inc.*

/s/ *Patrick M. Regan*
Patrick Regan

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030